UNITED STATES DISTRICT COURT
District of Minnesota

18cr 154 ADM/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 18 U.S.C. § 2261A(2)(B) |
| | 18 U.S.C. § 2261(b) |
| v. | |
| DESMOND GEORGE DANIAL, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (Interstate Stalking)

From on or about August 5, 2014, through on or about March 20, 2018, in the State and District of Minnesota and elsewhere, defendant,

**DESMOND GEORGE DANIAL,**

with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, namely, Jane Doe, did use the mail, an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Jane Doe [error Doe / Dow crossed out], to wit: defendant used the mail, telephones and the Internet, among other things, to send harassing and threatening messages and images regarding Jane Doe, causing substantial emotional distress to Jane Doe,

SCANNED
JUN 20 2018
U.S. DISTRICT COURT MPLS

United States v. Desmond George Danial

all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY            FOREPERSON